# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA DENISE LASANE, | No. CV 12-06353-CW |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Adminstration, | |
| Defendant. | |

**IT IS ADJUDGED** that the decision of the Commissioner is reversed, and this action is remanded to defendant for payment of benefits.

DATED: June 19, 2013

_____
CARLA M. WOEHRLE
United States Magistrate Judge